IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 4 2005

Civil Action No. _____ **05-CV-1302** _____

GREGORY C. LANGHAM
CLERK

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

MICHAEL L. THOMPSON,

     Plaintiff,

v.

DENVER COUNTY SHERIFF, in capacity 2002,
[FOUR UNKNOWN SHERIFFS (Denver City Jail)],
[ONE UNKNOWN SHERIFF IN CHARGE (Denver City Jail)].
[ONE UNKNOWN PHYSICIAN IN CHARGE (Denver County Jail)], and
[ONE UNKNOWN NURSE ON DUTY (Denver City Jail)],

     Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

     Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915, and a Prisoner Complaint.  The court has determined that

the documents are deficient as described in this order.  Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action.  Plaintiff

will be directed to cure the following if he wishes to pursue his claims.  Any papers

which the Plaintiff files in response to this order must include the civil action number on

this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    __    is not submitted
(2)    __    is missing affidavit

(3)   X    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing(<u>Account statement submitted is not certified by a prison official and does not cover the entire 6-month period</u>.)

(4)   __    is missing required financial information

(5)   __    is missing an original signature by the prisoner

(6)   __    is not on proper form (must use the court's current form)

(7)   __    names in caption do not match names in caption of complaint, petition or habeas application

(8)   __    An original and a copy have not been received by the court. Only an original has been received.

(9)   __    other _____

**Complaint, Petition or Application**:

(10)   __    is not submitted

(11)   X    is not on proper form (must use the court's current form)

(12)   __    is missing an original signature by the prisoner

(13)   __    is missing page nos. ___

(14)   __    uses et al. instead of listing all parties in caption

(15)   __    An original and a copy have not been received by the court. Only an original has been received.

(16)   X    Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)   X    names in caption do not match names in text

(18)   __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this **14** day of **July**, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.   05-CV-1302

Michael L. Thompson
Prisoner No. 116641
Delta County Corr.
4102 Sawmill Mesa Road
Delta, CO 81416

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on  7-14-05

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk